Joseph Maguire, Appellant, *v.* The State of New York, Respondent.    (Claim No. 23700.)

Argued March 12, 1937; decided April 20, 1937.

*Max Horowitz* and *Solon B. Lilienstern* for appellant.
*John J. Bennett, Jr.,* Attorney-General (*Leon M. Layden* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.